**No. 09-1254. Marei Von Saher, Petitioner v. Norton Simon Museum of Art at Pasadena, et al.**

564 U.S. 1037, 131 S. Ct. 3055, 180 L. Ed. 2d 885, 2011 U.S. LEXIS 4810.

June 27, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 592 F.3d 954.